BOGEREAU *vs.* ARMSTRONG.

APPEAL FROM THE CITY COURT OF NEW-ORLEANS.

Appeal dismissed for want of a statement of facts, bill of exceptions, &c.,
to enable the court to examine the case on the merits.

This is an action against the maker and endorser of a
promissory note.    There was judgment by default con-
firmed, and one of the defendants appealed.    No evidence
came up in the record, except the note and protest.

*Biron* and *Mace,* for the plaintiff, prayed the affirmance of
judgment, with damages.

*Macready,* contra.

*Bullard, J.,* delivered the opinion of the court.

In this case there is neither statement of facts, nor special
verdict, nor bill of exceptions, nor assignment of errors, nor
any other means afforded, by which the correctness of the
judgment and proceedings below can be tested.

The appeal is, therefore, dismissed, with costs.